

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00033-CV

| | | |
|---|---|---|
| ONE TIME CONSTRUCTION TEXAS, LLC AND SHAY FRETWELL, Appellants | § | On Appeal from the 43rd District Court |
| | § | of Parker County (CV21-1670) |
| V. | § | September 7, 2023 |
| CLINT SNOW AND JANA SNOW, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants One Time Construction Texas, LLC and Shay Fretwell shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
   Justice Dana Womack